FILED
NOV 30 2020
TIMOTHY M. O'BRIEN CLERK
By_____ Deputy

Nugent
v

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

_Jennifer Fournier_____ )
_7617 Wyandotte_____ )
_Kansas City Missouri__ )
(Enter above the full name of the Plaintiff(s)  )
                                                )
                      _64114_                   )
vs.                                             )   Case Number: _20-2602 EFM-JPO_
                                                )
_Hy Vee Grocery Stores_____                  )
Name                                            )
_7620 State Line Rd._____                  )
Street and number                               )
_Prairie Village KS 66208_                      )
City         State       Zip Code               )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.   Parties to this civil action:

   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on an attached sheet of paper).

   A.   Name of plaintiff _Jennifer N. Fournier_
        Address _7617 Wyandotte_
        _Kansas City MO 64114_

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant **Hy-Vee Grocery Stores** is employed at **Hy-Vee Grocery Stores**

C. Additional Defendants _____

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of **MO**.

2. The first-named defendant above is either

   a. a citizen of the State of **KS**; or

   b. a corporation incorporated under the laws of the State of **KS** and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

   a. a citizen of the State of _____; or

   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

2

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

____ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article____, Section____; Statute, US Code, Title____, Section____.

✓ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

✓ 3. Other grounds (specify and state any statute which gives rise to such grounds):

~~Am~~ Wrongful discharge - KS
employment discrimination - KS
harassment - KS
retaliation - KS

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

based on retaliation/

(1) Defendant ~~denied my~~ terminated me wrongly discriminat

(2) Defendant retaliated against me for making complaints about age discrimination, disability discrimination, accommodation request.

— I was hassled 3 by ymgm & us - would not assist me / hostile to me

(3) refused my request for water with me due to diabetes

_____

_____

_____.

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

Damages $100,000.00

punitive damages 50,000$

_____.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?   Yes [✓]   No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint?   Yes [✓]   No [ ]

VII. Do you claim punitive monetary damages?   Yes [✓]   No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

Loss of job and deliberate retaliation knowing I had a right to accommodation for disability and knowingly harassing me for asking for help to get younger workers to respect me on job and sack my groceries. and for the asking for accommodations based on disability. Ongoing violation.

4

VIII. Administrative Procedures:

    A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [✓] No [ ]

    B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

    EEOC - right to sue letter issued 8/2020

    C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

    _____ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

    ✓ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_Jennifer N. Fournier_
Signature of Plaintiff

Jennifer N. Fournier
Name (Print or Type)

7617 Wyandotte
Address

Kansas City  MO  64114
City      State      Zip Code

816 - 562 - 0527
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ☐ Wichita, ☑ Kansas City   or   ☐ Topeka , Kansas as the location for the
(check one location)
trial in this matter.

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury  ☑ yes  ☐ no .
(check one)

_____
Signature of Plaintiff

Dated: 11/30/20
(Rev. 8/07)