# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JENNIFER N. FOURNIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-02602-EFM-JPO |
| ) | |
| HY-VEE, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and fees.

Dated: October 12, 2021

Respectfully submitted,

**BERKOWITZ OLIVER LLP**

By: /s/ Megan D. Costello
    Stacey R. Gilman    KS Bar #21892
    Megan D. Costello    KS Bar #27362
    2600 Grand Boulevard, Suite 1200
    Kansas City, Missouri 64108
    Telephone: (816) 561-7007
    Facsimile: (816) 561-1888
    E-mail: sgilman@berkowitzoliver.com
             mcostello@berkowitzoliver.com

*Attorneys for Plaintiff*

**LITTLER MENDELSON, P.C.**

By: /s/ Jeannie M. DeVeney
    Jeannie M. DeVeney    KS Bar #17445
    Direct: (816) 627-4405
    E-Fax: (816) 817-1453
    E-mail: jdeveney@littler.com
    LaceShionna N. Cline    KS Bar #29121
    Direct: (816) 627-4407
    E-Fax: (816) 817-6543
    E-mail: lcline@littler.com
    1201 Walnut, Suite 1450
    Kansas City, Missouri 64106

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

  I certify that on this 12th day of October 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system that will send a notice of electronic filing to all counsel of record.

              /s/ Megan D. Costello
              *Attorney for Plaintiff Jennifer N. Fournier*